# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ALAN W. ANDERSON and<br>KELLEY ANDERSON<br><br>v.<br><br>CITIMORTGAGE, INC. and MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS<br>SYSTEMS, INC. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:10-CV-398<br>Judge Schneider/Judge Mazzant |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 25, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion for Remand (Dkt. #13) should be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion for Remand (Dkt. #13) is DENIED.

**IT IS SO ORDERED.**

 SIGNED this 29th day of November, 2010.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE